IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| CHMS PROVIDER'S ASSOCIATION<br>OF ARKANSAS, *et al* | PLAINTIFFS |
| v.  Case No. 4:18-cv-00908-KGB | |
| CINDY GILLESPIE,<br>in her official capacity as<br>DIRECTOR OF THE ARKANSAS<br>DEPARTMENT OF HUMAN SERVICES, *et al* | DEFENDANTS |

## ORDER

Before the Court is the parties' joint motion for dismissal (Dkt. No. 17). Based on a settlement agreement between the parties, the Court issued an Order on December 21, 2018, granting a joint motion to withdraw plaintiffs' motion for preliminary injunction without prejudice (*Id.*, ¶ 2). The Court's December 21, 2018, Order removed this case from the Court's trial calendar and explained that the Court retained jurisdiction over compliance with the terms of the parties' agreement (Dkt. No. 9, at 1–2). The parties now represent that the requirements of both parties detailed in the settlement agreement have been met (Dkt. No. 17, ¶ 4). Furthermore, the motion for dismissal is unopposed (*Id.*, ¶ 5). The motion accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court grants the motion and dismisses this case without prejudice (Dkt. No. 17).

It is so ordered this 4th day of August, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge